

IN THE VANDERBURGH CIRCUIT COURT
MINUTE SHEET

CAPTION: CAROLYN HERZ SRIVASTAVA. v. UNITED STATES OF AMERICA, et al.

CAUSE NO.  82C01-1305-CT-*H08*

Suggested Docket entry:

COMPLAINT against UNITED STATES OF AMERICA, CIVIL PROCESS CLERK, LAURA
BRIGGS, DAVID F. HAMILTON, WILLIAM HAYNES, INDIANAPOLIS OFFICE OF
CORPORATION COUNSEL, ELIZABETH WHITE, LINDA ROBBINS, NATIONSTAR
MORTGAGE LLC, BANK OF AMERICA CORPORATION, JAMES SCHILLACI, CONTROL
TECH HEATING & AIR CONDITIONING, INC., WAL-MART STORES, INC., ORKIN, LLC,
PATRICIA MORRELL, PATRICK HEALEY, FRANKE TOBEY JONES, ST. THOMAS HOSPITAL,
NEWTON ALLEN, DONALD HARRIS, MICHAEL CASTELLARIN, MICHAEL SONTAG,
JACQUELINE HOBBS, INDIANA  UNIVERSITY, GERALD BEPKO, and ORA PESCOVITZ,

with JURY DEMAND

APPEARANCE of Plaintiff Carolyn Herz Srivastava, *pro se*

SUMMONS issued to above-named defendants and ERIC HOLDER, ATTORNEY GENERAL OF
THE UNITED STATES; and JOSEPH HOGSETT, UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF INDIANA

Submitting party:          Carolyn Herz Srivastava, Plaintiff
                           3105 Lehigh Ct.
                           Indianapolis, IN 46268-1320
                           (317) 876-0421

_May 22, 2013_                    _Carolyn Srivastava_
Date                               Carolyn Herz Srivastava, Plaintiff


CERTIFICATE OF SERVICE

I certify that true and accurate copies of the foregoing have been served upon the persons listed on the
concurrently filed appearance form with complaint and summons, this _22nd_ day of
_May_____, 2013.

                                   _Carolyn Srivastava_
                                   Carolyn Herz Srivastava, Plaintiff

STATE OF INDIANA         )     IN THE VANDERBURGH CIRCUIT COURT
                        ) SS:

COUNTY OF VANDERBURGH   )     CASE NO. 82C01-1305-CT-*268*

CAROLYN HERZ SRIVASTAVA,      )
                         )
             Plaintiff,   )
                         )
    vs.                     )
                         )
UNITED STATES OF AMERICA, et al.,   )
                         )
           Defendants.  )

VANDERBURGH CIRCUIT COURT
☆ FILED ☆
MAY 22 2013
Debra G. Stucki.
CLERK

## APPEARANCE IN A CIVIL CASE

Party Classification: Initiating _X_ Responding _____ Intervening _____

1. The undersigned now appears in this case for the following party member:
   Carolyn Herz Srivastava, 3105 Lehigh Court, Indianapolis, IN 46268-1320

2. Applicable information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

Name:   Carolyn H. Srivastava, pro se    Phone: (317) 876-0421
Address: 3105 Lehigh Ct.           FAX:     none
         Indianapolis, IN 46268-1320    Computer Address: chsattysci@gmail.com

3. There are other party members: Yes_____ No _X_ *(If yes, list on continuation page.)*

4. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): _____CT_____

5. I will accept service by FAX at the above noted number: Yes _____ No _____ N/A

6. There are related cases: Yes _____ No _X_ *(If yes, list on continuation page)*

7. This form has been served on all other parties. Certificate of Service is attached: Yes _X_ No _____

_____
Carolyn Herz Srivastava, *Pro se* Initiating Party

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon the following, this _22nd_ day of _May_, 2013:

Joseph Hogsett, United States Attorney
Office of the United States Attorney for the
    Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204

United States of America
c/o Barack Obama, President
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Eric Holder, Attorney General of the
    United States
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Hon. William Haynes, Judge
Estes Kefauver Federal Building
    and United States Courthouse
801 Broadway, Room A845
Nashville, TN 37203

Civil Process Clerk
Office of the United States Attorney for the
    Southern District of Indiana
101 NW MLK Blvd, Suite 250
Evansville, IN 47708

Indianapolis Office of Corporation Counsel
c/o Samantha Karn, Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN 46204-3372

Indiana University
c/o Michael McRobbie, President
Bryan Hall 200
107 South Indiana Avenue
Bloomington, IN 47405

Gerald Bepko, Professor
IU Robert H. McKinney School of Law
Lawrence W. Inlow Hall, Room 219
530 West New York Street
Indianapolis, IN 46202-3225

Laura Briggs
U.S. District Court Clerk's Office
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Hon. David F. Hamilton
c/o Clerk, U.S. District Court
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Linda Robbins, Clerk
Monroe Circuit Court
301 N. College Ave., Room 201
Bloomington IN 47404

Elizabeth White, Clerk
Marion Circuit and Superior Courts
200 East Washington Street, Suite W122
Indianapolis, IN 46204

Wal-Mart Stores, Inc.
c/o CT Corporation System, Registered Agent
251 E. Ohio Street Suite 1100
Indianapolis , IN 46204

Ora Pescovitz
Department of Pediatrics
705 Riley Hospital Drive, Room 5900
Indianapolis, IN 46202

2

St. Thomas Hospital
c/o E. Berry Holt III, Registered Agent
102 Woodmont Blvd., Suite 800
Nashville, TN 37205-2221

Michael Castellarin
Cavalier Building
95 White Bridge Road, Suite 509
Nashville, TN 37205-1490

Patrick Healey, M.D.
Center For Healthy Aging
8220 Naab Road Suite 101
Indianapolis, IN 46260

Orkin, LLC
c/o The Prentice-Hall Corporation System, Inc.,
    Registered Agent
251 East Ohio Street, Suite 500
Indianapolis, IN 46204

Nationstar Mortgage, LLC
c/o Corporation Service Company, Registered Agent
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

Bank of America Corporation
c/o Brian Moynihan, Chief Executive Officer
100 N Tryon Street
Charlotte, NC 28255-0001

Patricia Morrell
1108 Bastion Circle
Mount Juliet, TN 37122-6147

Newton Allen, Jr., M.D.
St. Thomas Medical Group
4230 Harding Road, #400
Nashville, TN 37205

Michael Sontag
BASS BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

Franke Tobey Jones
c/o Judy Hawkins, Registered Agent
5340 N. Bristol St.
Tacoma, WA 98402

Jacqueline Hobbs, M.D.
Department of Psychiatry
University of Florida College of Medicine
P.O. Box 100256
Gainesville, FL 32610-0256

Control Tech Heating & Air Conditioning Inc.
c/o Alan P. Winters, Registered Agent
1200 Parkway Drive
Zionsville, IN 46077

James Schillaci
The Schillaci Group
510 E. 96th Street
Indianapolis, IN 46240

Donald Harris
1627 Old Fowlkes Drive
Brentwood, TN 37027-7948

Carolyn Herz Srivastava, Plaintiff

3

**CIRCUIT AND SUPERIOR COURTS OF VANDERBURGH COUNTY, INDIANA**
Civic Center Complex Courts Building, Evansville, Indiana
Clerk Mailing address: Post Office Box 3356
Evansville, IN 47732-3356
Clerk Tel. (812) 435-5160

CAROLYN HERZ SRIVASTAVA,                    CASE NO.  82C01-1305-CT-*268*

                              Plaintiff,

                -vs-

UNITED STATES OF AMERICA, et al.,

                              Defendants.

VANDERBURGH CIRCUIT COURT
☆ FILED ☆
MAY 22 2013
*Debra G. Strucki*
CLERK

## SUMMONS

The State of Indiana to Defendant:        Civil Process Clerk
                                          Office of the United States Attorney for the
                                               Southern District of Indiana
                                          101 NW MLK Blvd, Suite 250
                                          Evansville, IN 47708

   You are hereby notified that the person named as plaintiff has sued you in the Court indicated above. The nature of the suit against you and the relief sought are stated in the complaint that is being served with this Summons.

   You must file with the Clerk of this Court and serve upon the plaintiff at the address below a response to the complaint within twenty (20) days, commencing the day after you receive the complaint and this summons, or a judgment by default may be rendered against you for the relief demanded in the complaint.

Date _____        *Debra G. Strucki*         _____
                                   Clerk, Vanderburgh Circuit/Superior Courts (Seal)

Carolyn Herz Srivastava, Plaintiff *Pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Telephone (317) 876-0421

The following manner of service is hereby designated:

   __X__  **By Sheriff** delivering a copy of summons and complaint personally to defendant at the address indicated on the Summons, with acknowledgement of receipt (on reverse).
   _____  **By Sheriff** leaving a copy of the summons and complaint at the address indicated on the Summons, which is defendant's dwelling house or usual place of abode, with some person of suitable age and discretion residing therein, with acknowledgement of receipt (on reverse).
   _____  **By Sheriff** delivering a copy of summons and complaint to defendant's agent at the address indicated on the Summons, with acknowledgement of receipt (on reverse).

694882

STATE OF INDIANA ) IN THE VANDERBURGH CIRCUIT COURT
) SS:
COUNTY OF VANDERBURGH ) CASE NO. 82C01-1305-CT- *268*

CAROLYN HERZ SRIVASTAVA, )
)
Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, CIVIL PROCESS )
CLERK, LAURA BRIGGS, DAVID F. HAMILTON, )
WILLIAM HAYNES, INDIANAPOLIS OFFICE OF )
CORPORATION COUNSEL, ELIZABETH WHITE, )
LINDA ROBBINS, NATIONSTAR MORTGAGE )
LLC, BANK OF AMERICA CORPORATION, )
JAMES SCHILLACI, CONTROL TECH HEATING &)
AIR CONDITIONING, INC., WAL-MART STORES, )
INC., ORKIN, LLC, PATRICIA MORRELL, )
PATRICK HEALEY, FRANKE TOBEY JONES, ST. )
THOMAS HOSPITAL, NEWTON ALLEN, DONALD)
HARRIS, MICHAEL CASTELLARIN, MICHAEL )
SONTAG, JACQUELINE HOBBS, INDIANA )
UNIVERSITY, GERALD BEPKO, and ORA )
PESCOVITZ, )
)
Defendants. )

VANDERBURGH CIRCUIT COURT
☆ FILED ☆
MAY 22 2013
Debra G. Stucki
CLERK

## COMPLAINT AND JURY DEMAND

1. Plaintiff brings a complaint alleging a pattern of egregious violations of civil rights driven by David F. Hamilton's extreme bigotry and uncontrolled rage, including interference in and disruption of plaintiff's family interactions and neighborhood affairs, and a persistent pattern of disruption of court operations, which has injured and continues to injure plaintiff, and which has deprived her of her basic liberties guaranteed by the *Constitution of the United States*. Pursuant to Rule 38 (B) of the *Indiana Rules of Trial Procedure*, plaintiff demands a jury trial.

### I. PARTIES

2. Plaintiff Carolyn Herz Srivastava is an unemployed single Jewish female citizen of

Marion County, Indiana,[1] where she has resided continuously from 1985 through the date of filing this complaint. I (plaintiff) am a native born citizen of the United States of America, as were both of my parents and all of my grandparents. I generally use the name Carolyn H. Srivastava or Carolyn Srivastava in my day-to-day transactions, and to the best of my knowledge I am the only person in the United States with that name. I am confirmedly **hetero**sexual and have been heterosexual my entire life. As a competent adult, I know my own sexual orientation; I do not need others to provide that information to me.

3. Defendant United States of America is a sovereign nation that possesses enormous power and resources to handle domestic terrorists and common criminals, in order to keep its inhabitants safe. Yet it has relentlessly, over a period of more than fifteen years, allowed defendants in this case and other perpetrators to commit criminal violations of federal laws against me, to commit hate crimes against me because I am Jewish, providing me with no remedy other than private lawsuits. Not only have the private lawsuits not brought me any relief, they have been used to commit even more crimes against me.

4. Defendant Civil Process Clerk is the individual in the Evansville office of the United States Attorney for the Southern District of Indiana who is designated to receive service of process in civil suits against U.S. government agencies and officials.

5. Defendant Laura Briggs is the Clerk of the United States District Court for the Southern District of Indiana. The duties of the clerk's office include accepting documents tendered for filing and placing them into court records, maintaining complete and accurate court records, and promptly notifying litigants of court actions. She does not have authority to interfere in litigation of state court cases.

---

[1] All references to Marion, Monroe, Hamilton, and Vanderburgh counties in this complaint refer to those counties in Indiana.

6. Defendant David F. Hamilton has held a position as a federal judge in Indiana from October 1994 up to the present. For more than fifteen years, David F. Hamilton, who has exhibited malignant animosity toward *pro se*, non-attorney litigants and Jews, has perpetrated a pattern of relentlessly stalking me, interfering in and disrupting my life, spreading vicious libel and slander about me, terrorizing me, trying to force me to convert to Christianity, and abusing his position to steal tens of thousands of dollars from me. He twists the law into to suit his own convenience. His chambers are in the United States Courthouse in Indianapolis, enabling him to disrupt court activities, to forge "orders" on behalf of other judges, and to enter implausible nonsense into court records. He is the ogre lurking in the dark recesses of the courthouse.

7. Defendant William Haynes is a U.S. District Judge of the Middle District of Tennessee in Nashville, who has manifested malignant animosity toward *pro se*, non-attorney plaintiffs.

8. Defendant Indianapolis Office of Corporation Counsel is the government agency that provides legal services to Indianapolis/Marion County government officials, agencies, departments, boards, and commissions, including defending them in litigation that I have commenced.

9. Defendant Elizabeth White is the clerk of the Marion Circuit and Superior Courts. Her court records contain significantly more errors and omissions than those of any of the other Indiana county court clerks who have handled my cases. Her work is of such exceptionally poor quality that she is violating litigants' constitutional rights. Errors in court records, whether reckless or intentional, can have disastrous effects on the real lives of real human beings.

10. Defendant Linda Robbins is the clerk of the Monroe Circuit Court. Her job includes filing documents tendered by parties to litigation, keeping complete and accurate court records, and promptly notifying parties of court actions. She has often failed to perform those duties.

11. Defendant Nationstar Mortgage, LLC ("Nationstar") is a predatory mortgage servicer that claims to have purchased the servicing rights for my mortgage debt, effective May 1, 2013,

3

through a transaction to which I was not a party. Nationstar is located in Texas, but regularly does business in Indiana.

12. Defendant Bank of America Corporation, a "Too Big to Jail" financial services company with headquarters in North Carolina and which regularly does business in Indiana, has, through its FDIC-insured subsidiary Bank of America, N.A., been the servicer for my home mortgage loan from 2008 though at least April 2013. Bank of America is also the issuer of two of my credit cards. In 2009, Bank of America Corporation acquired Merrill Lynch.

13. Defendant James Schillaci has been my parents' financial advisor, with custody over their financial account, for many years. Currently, he is affiliated with Merrill Lynch.

14. Defendant Control Tech Heating & Air Conditioning Inc. ("Control Tech") is an Indiana business that sells and services home heating and air conditioning systems. I hired Control Tech to perform a furnace tune-up in December 2012.

15. Defendant Wal-Mart Stores, Inc., d/b/a Walmart ("Walmart") is predatory worldwide corporation that does business in Indiana, with stores throughout the state. Walmart Supercenter Store # 1518, which harbors hostile management, is located less than one mile from my (plaintiff's) home.

16. Defendant Orkin, LLC is a corporation engaged in the business of insect pest control in commercial and residential settings. Orkin is registered to do business in Indiana.

17. Defendant Patricia Morrell, a very manipulative Catholic former nun, is the domestic partner of my sister. She has exploited the status to unlawfully enrich herself at my expense, and to tear apart my family for her own selfish gain. She sits at home causing trouble, including intercepting my sister's U.S. mail and email, while my sister works to support her. With respect to my family, Patricia Morrell is a foreign invader.

18. Defendant Patrick Healey is an Indianapolis physician specializing in geriatrics. He

4

was a treating physician for Hooverwood Nursing Home in Indianapolis during the period in which my mother was a patient there, and held a position on the Board of Directors of Marquette Manor, an Indianapolis retirement facility, during the period in which my mother was a patient in their skilled nursing unit.

19. Defendant Franke Tobey Jones is a continuous care retirement facility, located in Tacoma, Washington, and where my parents had resided for a period of time. Franke Tobey Jones is named for a woman who was instrumental in its establishment and who passed away in 1931.

20. Defendant St. Thomas Hospital is a hospital in Nashville, Tennessee, where my father, Julian Herz, unnecessarily spent time as a patient.

21. Defendant Newton Allen, a Nashville, Tennessee physician who is affiliated with St. Thomas Hospital, was the primary care physician of my father for several months. He reportedly places concerns about evading lawsuits ahead of providing reasonable care to his patients.

22. Defendant Donald Harris was a Tennessee senior judge who was apparently appointed to hear Davidson County, Tennessee Circuit Court case no. 10P-1127, to which I am an unwilling party. He unlawfully exercised jurisdiction over the case, and there was no basis for personal jurisdiction over me as a citizen of Indiana with no relevant contacts with the State of Tennessee. As of at least June 2012 he was no longer a judge at all. Donald Harris was never admitted to practice law in Indiana.

23. Defendant Michael Castellarin is a Nashville, Tennessee attorney who was unlawfully appointed trustee of an unlawful trust that names me (plaintiff) as beneficiary. He received his law degree from a law school that is not accredited by the American Bar Association ("ABA"), and he is therefore not eligible to practice law in Indiana. I (plaintiff Carolyn Herz Srivastava) have never authorized Michael Castellarin to represent me for any purpose.

24. Defendant Michael Sontag is a Nashville, Tennessee attorney who, in collaboration

with other defendants, commenced frivolous actions against my father and me in Davidson County, Tennessee probate court. As a purported specialist in probate-related matters, he is one of the unscrupulous attorneys that take advantage of the vulnerable elderly, and anyone else they can exploit. He collaborates with the Davidson County Circuit Court clerk to forge unlawful orders. He was never admitted to practice law in Indiana.

25. Defendant Jacqueline Hobbs, a native of Indiana, is my son's stepmother (**not** his mother). She currently resides in Gainesville, Florida.

26. Defendant Indiana University ("IU"), one of the two largest state universities of the State of Indiana, has legal controlling authority over IUPUI, which includes the Indiana University Robert H. McKinney School of Law ("McKinney Law") and the main campus of the Indiana University School of Medicine ("IUSM"), where I was employed for several years.

27. Defendant Gerald Bepko, a power-grabbing and avaricious accomplice of David F. Hamilton, held the position of Chancellor of IUPUI and vice president of IU from 1986 through 2002, where he tried to conceal malfeasance. He currently holds the titles of Professor of Law at McKinney Law and "Chancellor Emeritus." His license to practice law has been in inactive/retired status since 1991. I have never met him, other than shaking hands in a faculty reception line in 1993. As chancellor, Gerald Bepko exploited me as a tool in pursuit of his own selfish interests, sexually harassing me and punishing me for others' misconduct. Gerald Bepko has exploited the prestige of his university position to instigate problems in courts and other government agencies. I, plaintiff Carolyn Herz Srivastava, have never requested or received any legal services from Gerald Bepko; I have never authorized him to act on my behalf in any way.

28. Defendant Ora Pescovitz, whom IU recruited to Indiana in 1988, is a vindictive Lesbian, sexual harasser, child molester, facile con artist, pathological liar, kleptomaniac, home wrecker, and drug addict/dealer, given to bouts of extreme paranoia and paroxysms of enraged

jealousy. Ora Pescovitz's specialties are her use of aggressive sex and haranguing to manipulate gullible men in positions of power into acts of misconduct for use as blackmail, inciting the susceptible into violent anger against her chosen targets, and maliciously inciting police to arrest innocent people for fabricated "crimes" against her. She will brazenly do anything she thinks will benefit her. Ora Pescovitz causes enormous collateral damage and has hurt many people.

## II. ALLEGATIONS IN SUPPORT OF COMPLAINT

### A. Jurisdiction and venue

29. This complaint states claims arising under Indiana statutes and torts recognized in Indiana. I also state claims arising under 42 U.S.C. § 1983 (Civil action for deprivation of rights), 42 U.S.C. § 1985 (Conspiracy to interfere with civil rights), and 42 U.S.C. § 2000bb *et seq*. (the Religious Freedom Restoration Act, "RFRA"). Federal and state courts have concurrent subject-matter jurisdiction over claims arising under these and other federal statutes in which Congress did not affirmatively confer exclusive jurisdiction on a particular court.

30. Vanderburgh County meets preferred venue requirements pursuant to Ind. Trial Rule 75 (A) (4) and (5), because a defendant has their office in Vanderburgh County, and some claims relate to Vanderburgh County courts and government agencies are named as defendants.

### B. General background, destruction of career

31. Anti-Semitism, particularly targeting Jewish women, has long been entrenched within the Indiana populace, which uses government to relentlessly pound citizens with a money-worshipping, brutish, invasion of privacy version of Christianity. Some Indiana government officials even boast that they are using government to force their personal "Christian" religious views on unwilling citizens.

32. Similarly, one of David F. Hamilton's first judicial acts after he was installed as a federal judge in October 1994 was to issue an overtly anti-Jewish opinion. He ruled that Chris-

tians may display a Christmas tree in the lobby of the Indianapolis/Marion County City-County Building, but Jews may not display a Hanukah menorah there. *Grossbaum v. Indianapolis-Marion County Bldg. Auth.*, 870 F. Supp. 1450 (S.D. Ind. 1994). That decision was reversed by the U.S. Court of Appeals for the Seventh Circuit. *Grossbaum v. Indianapolis-Marion County Bldg. Auth.*, 63 F.3d 581 (7th Cir. 1995).

33.  I was employed in various academic positions at IUSM during the period June 1987 through June 1996, the last three years of that time as a tenure-track assistant professor. I naively expected that, if I worked hard and met the job requirements specified in my written contract, I would proceed along the road to tenure. I was wrong.

34. Gerald Bepko, supported by David F. Hamilton, embraced the politics of sexual harassment, also known as promoting prostitution under Indiana law. Since sexual manipulation of gullible men was already Ora Pescovitz's *modus operandi*, she was able to exploit the politics of abuse to to maneuver herself into a position as head of the Section of Pediatric Endocrinology in the IUSM Department of Pediatrics. Ora Pescovitz has abused her alleged medical degree, which she likely obtained by sexual manipulation, to disrupt people's medical care without their consent, and to access confidential medical records for use as gossip and blackmail. She also stole at least one expensive laboratory scale from IU to use for her drug dealing, and embezzled tens of thousands of dollars from IU.

35. Ora Hirsch Pescovitz has manifested a burning desire to perform biomedical research as a so-called "physician-scientist." Because she lacks the ability, temperament, and education to perform research on her own, she has sought to recruit women with Ph.D.'s such as myself to be her slaves and scapegoats. I was trapped in that role as a result of her manipulating Gerald Bepko and other IU administrators into forcing me to work in her dangerous environment if I wanted any paid employment at all. Ora Pescovitz used the association to sexually harass me.

36. I expressed opposition to the sexual harassment and did not participate. To punish me for refusing to participate in their prostitution ring, as well as to discredit my complaints about their promoting prostitution and about anti-Semitism, Ora Pescovitz and Gerald Bepko, with the support of David F. Hamilton, set out to destroy my reputation: They removed all accurate positive documents from my IU personnel files and replaced them with documents containing false, extremely libelous allegations about me. They sabotaged my research by spreading slanderous and libelous gossip that I fabricated and falsified data, and by ruining my experiments.

37. Through their actions, Gerald Bepko, Ora Pescovitz, and David F. Hamilton maliciously destroyed my biomedical research career. Not satisfied with that, they went on to effect my dismissal from employment at IUSM and my blacklisting from all paid employment and law school.

38. That maltreatment was insufficient vengeance for them, so they have interfered in and disrupted every aspect of my life, including preventing me from interacting with my family members, forcibly or constructively preventing me from participating in the activities of volunteer organizations, and instigating anti-Semitism-motivated hate crimes against me.

39. In order to accomplish this, they have employed a practice of concocting false allegations that I am mentally ill and that I have perpetrated all sorts of misconduct to accomplish their objectives. They recruit amoral women including Jacqueline Hobbs and Patricia Morrell to commit identity theft against me, engaging in criminal and other misconduct in my name, so that I will receive the punishment for their misbehavior, and they may receive undeserved benefits. They recruit other miscreants to falsely identify the identity thieves as Carolyn Srivastava.

40. As part of their retaliatory actions, defendants have sought to hold me liable for debts incurred by the irresponsible spendthrifts among them, as a rationalization to steal my money.

41. Defendants' principal tool for their actions against me has been Ora Pescovitz. Ora

Pescovitz relentlessly commits crimes; she has no respect for other people's property, no respect even for the privacy and sanctity of other people's bodies. She claims special privilege to freely harm others while conferring on herself entitlement to viciously retaliate for the most minor annoyance to her. She also has a sadistic mind game of complaining that others have "hurt" her but refuses to specify what exactly they have done, leaving the susceptible to try to remember every recent interaction with her. Ora Pescovitz has characterized herself as evil.

42. Nonetheless, selfish government officials and corporate robber barons abuse their positions of power and influence to keep Ora Pescovitz out of prison and on the streets, because she is a useful tool for grabbing power and other people's money. Ora Pescovitz is always able to manipulate a weak and self-serving male judge to order her release from custody, in exchange for facile sex or bribes from her benefactors. Despite being showered with benefits to which she is not entitled, Ora Pescovitz plays the victim, constantly whining that she is being treated "unfairly," and that everyone's primary goal should be to keep her "comfortable."

43. In order to indulge Ora Pescovitz's insatiable appetite for sex so that she will continue to serve as their tool, malevolent government officials require ordinary citizens to perform oral sex on her as a condition for permission to carry out normal life activities. Defendants have formed a criminal gang around Ora Pescovitz's sick, disgusting demands for sex, sex, sex. They flatter her to her face, but ridicule behind her back. I, Carolyn Herz Srivastava, have never engaged in any sex with Ora Pescovitz, nor will I ever do so, and I have paid a heavy price.

44. Ora Pescovitz has now been allowed to perpetrate a twenty-year long practice of secretly stalking me and exploiting me by parasitizing my identity, adopting aliases Carolyn Srivastava, Carolyn H. Srivastava, etc., to take all of my achievements and positive traits for herself while attributing to me all of her character flaws and misbehavior; to forge my signature to legal documents; to file totally frivolous lawsuits filled with bizarre ramblings using my name; to try

10

to steal my car; and to try to force me to do her "dirty work." Ora Pescovitz also disrupts my personal and business relationships by threatening people away from associating with me.

45. In her delusional mind, Ora Pescovitz interprets my lifelong practice of treating everyone in a polite and congenial manner as flirting with her. She fantasized that I was a Lesbian who was in love with her. As part of her effort to feed this delusion, she instigated the dissolution of my marriage, and has threatened any potential male suitors away from associating with me.

46. Ora Hirsch Pescovitz is a huge boulder chained to my ankle, preventing me from going where I want or doing what I want. Because of the Ora Pescovitz boulder, I cannot interact with my family members, date men, or marry. Because of the Ora Pescovitz boulder, I do not have a life, I have only a bare, minimal existence. As long as Ora Pescovitz is on the loose, I will never enjoy the liberties that we American citizens take for granted. I, Carolyn Herz Srivastava, have never liked Ora Pescovitz, I will not talk to her and I do NOT want her in my life. She is not my friend.

47. I have written repeatedly and truthfully that I am heterosexual and that I want nothing to do with Ora Pescovitz. However, David F. Hamilton, Gerald Bepko, and other self-serving enablers feed her delusions by claiming special ability to read my mind, deceptively asserting to her that I do not mean what I say, and that I am really a Lesbian who is in love with her.

48. To obtain relief for the injuries inflicted by defendants, I have, over the past sixteen years, pursued litigation, representing myself and performing all of my own legal work. Many of my cases have been filed in the United States District Court for the Southern District of Indiana. To the best of my knowledge, that court has never included a Jewish district judge. To the best of my knowledge, the district judges have never hired a Jewish magistrate judge. Article VI of the *Constitution of the United States* declares, "[N]o religious Test shall ever be required as a Qualification to any Office or public Trust under the United States."

49. In this complaint I state claims arising from a subset of offenses committed against me.

## C. Allegations relating to my family

50. My parents had moved to Indianapolis in 1986 to be near my son, their only grandchild. As part of their campaign of vengeance and exploitation against me, defendants sought to isolate me from my parents and other family members by telling them outrageous lies about me and by threatening to harm them if they associated with me. In addition to pure spite, the objective has been to murder my parents and steal my inheritance. My parents were perfectly healthy until Ora Pescovitz, David F. Hamilton, Gerald Bepko, Patrick Healey, and Patricia Morrell began attacking them.

51. From November 2005 - June 2006, contrary to my mother's decisively expressed wishes, Ora Pescovitz, David F. Hamilton, Patrick Healey, and Patricia Morrell induced my sister, who is not an attorney, to claim power of attorney to imprison my mother in nursing homes, where she was subjected to abuse and neglect and I was subjected to threats and intimidation. During this period, Ora Pescovitz and Patricia Morrell relentlessly badgered my mother with harangues that her life was worthless and she should just die.

52. In June 2006, my sister forcibly moved my parents from their home in Indianapolis, where my father was living and my mother hoped to return, to defendant Franke Tobey Jones. My mother passed away from asphyxiation in their skilled nursing unit in 2007.

53. My sister moved my father from Franke Tobey Jones to an assisted living facility in Nashville, Tennessee in January 2009, due to her job-related relocation. She purchased a home in nearby Wilson County, Tennessee, where she and Patricia Morrell have resided.

54. Newton Allen, Patricia Morrell, Ora Pescovitz, Michael Sontag, David F. Hamilton, and malevolent facility staff engineered my father's "accidental" fall in the early morning hours

of November 10, 2009. My father was sent to another facility for rehabilitation after a short stay at St. Thomas Hospital for the fall. He was supposed to return to his home within a few weeks. Instead, he was sent to St. Thomas Hospital's hospice, from which he disappeared, and I was informed that he had passed away. I have reason to believe that father remains alive, imprisoned in either St. Thomas Hospital's hospice or in a locked Alzheimer's facility in Tennessee.

55. Defendants have unlawfully used Tennessee courts to abuse my father and me, and to steal my inheritance.

**D. Damage to my home and neighborhood**

56. David F. Hamilton, Gerald Bepko, and Ora Pescovitz have, for many years, abused their positions to create havoc within my neighborhood, to disrupt the affairs of my homeowners' association, and cause damage to my property. They recruit gullible neighbors to monitor all of my comings and goings, and who visits my home, including contractors, to report the information to them, so they can disrupt my interactions with the visitors.

57. In April 2004 I refinanced my mortgage to obtain a lower interest rate. I signed a loan agreement with a mortgage company in Indiana, in which I agreed to pay off the fixed rate loan, plus interest, in monthly installments over a period of twenty years. My home and the surrounding property serve as the only lawful collateral for the debt.

58. The mortgage company promptly sold the mortgage to Countrywide Financial. Countrywide Financial then sold my mortgage debt to Fannie Mae, in May 2004,[2] but continued to service the loan. Bank of America acquired Countrywide Financial, and with it the servicing of my mortgage loan, in 2008. The terms of the loan apparently remained the same. I made regular, on time, monthly payments to Bank of America for payment of principal and interest, and to

---

[2] I first learned of this transaction on May 17, 2013 after specifically asking a Bank of America representative, who provided the information. Other than the sale to Countrywide Financial, the ownership of my mortgage debt was never voluntarily disclosed to me.

fund the escrow account Bank of America has maintained for payment of my insurance and property taxes.

59. Fannie Mae is a U.S. government-regulated publicly traded company that purchases mortgages from primary lenders, securitizes them, and sells the mortgage-backed securities to investors. It has been under the conservatorship of the Federal Housing Finance Agency since September 2008. I suspect that David F. Hamilton has exploited that U.S. government connection to claim entitlement to use Ora Pescovitz to interfere in my business related to my home.

60. I currently own approximately 2/3 of the assessed value of my home and surrounding land; my remaining mortgage debt is equal to approximately 1/3 of the value of my property. I have complied with the loan agreement that I originally signed, and I am current with my monthly payments: as acknowledged by Bank of America, my next payment is due on July 1, 2013. When I asked Fannie Mae representatives what my loan balance is according to Fannie Mae's records, they replied that the mortgage servicers would have the most accurate information. I have attached a true and accurate copy of my most recent payment receipt and coupon from Bank of America hereto as Exhibit 1. I have redacted confidential information.

61. In April 2013 I received in the mail communications alleging that Bank of America had sold the servicing rights to my mortgage to Nationstar, effective May 1, 2013. I never agreed to do business with Nationstar. When telephoning Nationstar, it is unnecessarily difficult to reach a human being, and some of the customer service representatives are totally unhelpful. When I asked a Nationstar representative on May 20, 2013 to identify the owner of my mortgage debt, she replied that she was unable to provide that information (!). With respect to my mortgage loan, Nationstar is not a debt collector within the meaning of 15 U.S.C. § 1692a, even if it were the legitimate servicer. Fannie Mae currently lists my mortgage company as Bank of America.

62. I am currently seeking to refinance my mortgage loan, in part to obtain a lower inter-

est rate, but my main motivation is that Nationstar is a horrible company with which to do business. It is disconcerting to know that, without any authorization from me, Nationstar possesses confidential information about me that can be used to commit identity theft against me and to instantly destroy my life.

63. In my credit card contract with Bank of America, I agreed to pay all charges that I incur, but I have never agreed to pay any charges incurred by others.

### III. STATEMENT OF LEGAL CLAIM

64. I (plaintiff) support the following claims by reference to the previous paragraphs of this complaint:

65. **Count I**. Violation of the First Amendment to the *Constitution of the United States* and of RFRA, 42 U.S.C. § 2000bb *et seq.*: From 1999 up to the present, David F. Hamilton has co-opted law enforcement to tyrannically burden my free exercise of religion by threatening to arrest me for attending worship services at Indiana Jewish congregations, because I am Jewish, to punish me for expressing opposition to anti-Semitism in Indiana, and to establish his radical "Christianity" as the official religion of Indiana.

66. **Count II**. Defamation: Via recorded telephone messages and oral statements from representatives after I had identified myself and printed statements on my account page on its website characterizing it as a debt collector, and via a letter dated April 18, 2013 and directed to me by name, address, and account number, Nationstar has promised to abuse its enormous power as a large company to maliciously provide false negative information about me to credit reporting agencies, with specific intent to harm me.

67. **Count III**. Corrupt business influence pursuant to Ind. Code § 35-45-6-2 and Ind. Code §§ 34-24-2-4 and 34-24-2-6: Defendants are associated with an enterprise within the meaning of Ind. Code § 35-45-6-1 (c)(2) that has as its purposes 1) accommodation of David F. Ham-

15

ilton's and Gerald Bepko's outrageous lust for power; 2) exploitation of my family members and me in order to unlawfully obtain undeserved benefits for themselves; 3) appeasement of Ora Pescovitz's insane jealousy and insatiable demands for sex; and 4) punishment of me because I have complained about government malfeasance, and because I am Jewish. The defendants have intentionally conducted and/or participated in the activities of the enterprise through a pattern of racketeering activity, including subjecting me to a relentless barrage of threats to commit acts of violence against my person and my property. Predicate offenses include the following:

a. Theft: In spring-summer 1993, Ora Pescovitz, in collaboration with Gerald Bepko, instigated my neighbors to kill what had been beautiful, thriving roses in my garden, thereby exerting unauthorized control over my property with intent to deprive me of its use and value, in order to appease Ora Pescovitz's insane jealousy.

b. Dealing in controlled substance: From January 1994 through October 1995, Ora Pescovitz knowingly delivered mind-altering controlled substances to me in my workplace at IUSM without my knowledge or consent by secretly drugging my coffee. The intent was to induce me to become addicted so that Ora Hirsch Pescovitz could use drugs to control me and to enrich herself by selling me drugs, and also to induce me to behave bizarrely so that I would be dismissed from my tenure-track employment.

c. Forgery: In approximately January 1995 Ora Pescovitz and IU administrators, with intent to defraud, made a critical employment document relating to the time calculation regarding my progress toward tenure by inserting a provision unfavorable to me and which violated IU policy after I signed the document, with intent to create an appearance that I gave authority to promulgate the provision when I did not give such authority.

d. Promoting prostitution, Felony Intimidation, Ind. Code §§ 35-45-4-4 and 35-45-2-1: Defendants Gerald Bepko and Ora Pescovitz employed IUPUI police to forcibly exclude me

16

from my IUPUI workplace from November 1994 – March 1995 and from November 1995 – through June 1996 in an effort to force me to perform oral sex on them, thereby knowingly enticing me to become a prostitute. They also communicated an intention to unlawfully injure me and subject me to restraint, with intent that I refrain from lawfully pursuing my biomedical research career, against my will.

e. Official misconduct, identity theft as part of criminal gang activity, promoting prostitution: Because I would not perform oral sex on them, during the period 1994-1996, Ora Pescovitz and Gerald Bepko, with the support of IU, falsely alleged to the National Institutes of Health ("NIH") that I committed research misconduct, when it was really Ora Pescovitz who committed research misconduct using my name. Research proposals that I submitted to the NIH that otherwise would have been funded were denied funding on the basis of the false defamatory allegations. Given the fierce competitiveness and interconnectedness of the biomedical research community, the defamatory allegations would cause other investigators to disbelieve all of my research data, thereby totally and permanently destroying my biomedical research career.

f. Promoting prostitution: Gerald Bepko, with IU support, drafted and sent a letter dated June 20, 1996 when I had been a tenure-track faculty member for fewer than three years, saying that I was unqualified for tenure. He did not in any way follow the university policy for evaluation for tenure, which normally begins in the sixth year of appointment, which includes many layers of review, and which is not based on the unilateral opinion of the chancellor. Gerald Bepko's real reason for the letter was that I did not participate in his practice of paying for reappointment and tenure with sex.

g. Theft by deception, identity theft as part of criminal gang activity: During the period April 1996 through April 1997 Gerald Bepko and Ora Pescovitz, with IU's permission, exerted unauthorized control over $3,383.37 of my money in alleged attorney fees with intent to de-

prive me of its use and value, by inducing an attorney to take the payment to purport to represent me in my IU grievance proceeding, but the attorney was really secretly representing Gerald Bepko and Ora Pescovitz against me, including participating in a secret backstabbing fest to falsely accuse me of offenses that were committed by Ora Pescovitz, but not by me.

h. Intimidation: During the period July 1996 up to the present, Ora Pescovitz, Gerald Bepko, and David F. Hamilton have threatened harm potential employers from hiring me, thus denying me salary and access to health care the generally comes with employer health insurance plans.

i. Attempt to commit murder, Ind. Code § 35-42-1-1: In October-November 1994 Ora Pescovitz, in collaboration with David F. Hamilton and Gerald Bepko, harassed and harangued my father with horrible allegations about me, causing my father such severe emotional distress that he suffered a ruptured aneurysm, from which he nearly died. He never fully recovered.

j. Theft: From 1997 up to the present, Gerald Bepko has abused his status as an alleged law professor to claim the credit for all of my legal work and public policy commentary, thereby exerting unauthorized control over my work product and intellectual property, with intent to deprive me of their use and value. His actions violate IU policy.

k. Forgery, theft of my filing fees, obstruction of justice: From 1997 up to the present, David F. Hamilton, in collaboration with Gerald Bepko, Ora Pescovitz, and Laura Briggs, created and accumulated thousands of pages of alleged court documents containing angry tirades, threats, graphic sexual fantasizing, and incoherent drivel and purporting to have been drafted and signed by me, but were drafted by them without my authorization. They substituted the documents for my real filings in order to discredit my claims in litigation that I have commenced. They also sent the documents, along with likely forged alleged orders based on those forgeries, to Indiana state courts, with intent to have cases in those courts dismissed based on the forgeries.

l. Theft: From 1997 up to the present, David F. Hamilton and Gerald Bepko have exerted unauthorized control over the case numbers of the cases I have commenced with intent to deprive me of their use and value, by diverting the case numbers to their own self-serving purposes.

m. Perjury, then Ind. Code § 35-44-2-1 (a)(2), currently, Ind. Code § 35-44.1-2-1 (a)(2): In the case *Srivastava v. Trustees of Indiana University*, U.S. District Court for the Southern District of Indiana case no. IP98-0242 C-H/G, Gerald Bepko and other IU administrators, in briefs filed and served July 6, 1998, August 4, 1998, and October 29, 1998, made three material statements regarding the time of making an employment decision, which are inconsistent to the degree that at least one of the statements is necessarily false. In the same briefs they made four material statements as to when I was notified of the decision, which are inconsistent to the degree that at least three of them are necessarily false.

n. Felony intimidation: In an alleged hearing on August 26, 1999 in case no. IP98-0242 C-H/G, David F. Hamilton launched a raging tirade of wild and threatening accusations against me that were totally false, threatened to take a considerable amount of my money for exercising my legal right to pursue remedies in court, and then stalked out of the room in an angry huff, with intent that I refrain from lawfully pursuing litigation, against my will. His behavior was frightening and totally unprofessional.

o. Theft, intimidation: On or about December 12, 2002, Gerald Bepko, David F. Hamilton, and Ora Pescovitz exerted unauthorized control over $9,540.94 in assets from my financial account with intent to deprive me of their use and value, by placing the branch manager in fear of harm to himself and his family if he did not give them the money.

p. Conspiracy to commit theft, forgery: On December 20, 2002 Gerald Bepko, David F. Hamilton, Elizabeth White's predecessor, and Ora Pescovitz altered the Chronological Case

Summary of Marion Superior Court case number 49D06-0011-CP-001662 to include a false no-tation that the court had entered a judgment against me for $8,922.88, but that was not authorized by any judge.

q. Theft, intimidation: On or about June 13, 2003, Gerald Bepko, David F. Hamilton, IU, and Ora Pescovitz exerted unauthorized control over $22,502.43 in assets from my financial account with intent to deprive me of their use and value, by placing the branch manager in fear of harm to himself and his family if he did not give them the money. The money was taken to punish for Ora Pescovitz's embezzlement of funds from IU, and with intent to unlawfully harm me for pursuing litigation, and for refusing to perform oral sex on them.

r. Theft, intimidation: On or about June 19, 2003, Gerald Bepko, David F. Hamilton, and Ora Pescovitz exerted unauthorized control over $7,496.65 in assets from my financial ac-count with intent to deprive me of their use and value, by placing the branch manager in fear of harm to himself and his family if he did not give them the money. The intent was to force me to pay Ora Pescovitz's debts and to unlawfully harm me for pursuing litigation.

s. Theft, intimidation: On or about July 9, 2003, Gerald Bepko, IU, David F. Hamil-ton, and Ora Pescovitz exerted unauthorized control over $34,467.91 in assets from my financial account with intent to deprive me of their use and value, by placing the branch manager in fear of harm to himself and his family if he did not give them the money. The money was taken to punish me for Ora Pescovitz's embezzlement of funds from IU, and with intent to unlawfully harm me for pursuing litigation, and for refusing to perform oral sex on them.

t. Conspiracy to commit theft, forgery, intimidation: On or about May 20, 2005, as part of U.S. District Court for the Southern District of Indiana case no. 1:04-cv-0945-RLY-TAB, defendants Gerald Bepko, David F. Hamilton, Laura Briggs, and Ora Pescovitz created an al-leged "order" purporting to have been authorized by the judge hearing the case, but which was

not authorized by the judge hearing the case, purporting to order me to pay $12,670.29 to them for alleged legal services that I neither requested nor received, to pay debts incurred by them, and with intent that I refrain from pursuing relief through litigation, against my will.

u. Theft, intimidation: On or about July 18, 2005, Gerald Bepko, David F. Hamilton, and Ora Pescovitz exerted unauthorized control over $5,341.55 in assets from my financial account with intent to deprive me of their use and value, by placing the branch manager in fear of harm to himself and his family if he did not give them the money.

v. Theft: In January 2004, David F. Hamilton, Gerald Bepko, and Ora Pescovitz induced unscrupulous neighbors to remove a credit card statement from my mailbox, so that they could make unauthorized charges on the account, and change the billing address so I did not discover the unauthorized charges for several months.

w. Intimidation: In June, July, and August 2003, David F. Hamilton, in collaboration with Ora Pescovitz and Gerald Bepko, intentionally used my parents to threaten that if I did not voluntarily dismiss all of my pending federal lawsuits and seek treatment from a psychiatrist, they would unlawfully take my home, my car, all of my money and other property, sue me for defamation with demand for a large monetary judgment, and have me committed to a psychiatric institution, thereby employing intimidation and threats to use physical force against me, with intent that I withhold testimony and documents from courts against my will, and that I be placed in fear of retaliation for the lawful act of pursuing litigation. The litigation in question had nothing whatsoever to do with my parents, but the perpetrators threatened my parents with harm if they did not provide these intimidation services.

x. Intimidation, theft, conspiracy to commit murder: In 1996 my parents arranged and paid for prepaid funeral and burial with an Indianapolis mortuary. They never expressed any interest in cremation. In 2004, Gerald Bepko, David F. Hamilton, Ora Pescovitz, and Patricia Mor-

rell harassed, harangued, and threatened my parents and the funeral home with harm if they did not change to the less expensive cremation, in violation of Indiana law. Their intent was to exert unauthorized control over the price difference, and set my parents up for murder by overdose of dangerous prescription drugs. Cremation destroys evidence of foul play. One should not underestimate the viciousness, selfishness, and malice of David F. Hamilton, Gerald Bepko, Patricia Morrell, and Ora Pescovitz.

y. Kidnapping, Ind. Code § 35-42-3-2: On November 5, 2005 Patrick Healey, in collaboration with Patricia Morrell, Gerald Bepko, and David F. Hamilton, moved my mother from the hospital to Marquette Manor against her wishes, with intent to take some of my inheritance as ransom, to pay for care that was not given, and to commit battery against my mother.

z. Dealing in a controlled substance, Battery as Class C felony, Ind. Code § 35-42-2-1: During the period November 5, 2005 through June 2006, defendants Patrick Healey and Patricia Morrell collaborated to vastly overdose my mother with morphine, causing serious bodily injury, including physical and psychological addiction, aspiration pneumonia, mental confusion, reduced ability to speak, and loss of ability to eat, leading to potential starvation. One objective was to prevent her from interacting with me.

aa. Battery as Class C felony, Ind. Code § 35-42-2-1: During the period November 5, 2005 through December 21, 2005, when my mother was confined in a skilled nursing facility and physically unable to care for herself, defendants Ora Pescovitz, Patricia Morrell, and David F. Hamilton collaborated with Patrick Healey to intentionally seriously injure both of her feet so that she permanently lost use of her legs, to confine her to bed on her back so that she acquired extremely painful bedsores, to withhold food from her, causing severe malnutrition, and to maliciously place her in an uncomfortable bed that caused her extreme pain. The intent was to permanently incapacitate my mother so that she would have to remain in the nursing facility as a

22

helpless vegetable requiring minimal services for maximum income until she died, rather than being rehabilitated so that she could return home per her expressed wishes.

bb. Intimidation: Patricia Morrell, Ora Pescovitz, and David F. Hamilton induced my sister to telephone me at my home in the evening of December 20, 2005 to angrily express an intent to obtain a restraining order against me to prevent my visiting my mother at Marquette Manor, thereby threatening to falsely accuse me of a crime, with intent to retaliate against me for the lawful act of complaining about Marquette Manor's abuse of my mother.

cc. Intimidation: During the period February 2006 through June 2006 defendant Patrick Healey, in collaboration with Patricia Morrell, Ora Pescovitz, Gerald Bepko, and David F. Hamilton, communicated an intention to unlawfully injure me, with intent that I refrain from visiting my mother at Hooverwood Nursing Home in which she was residing, against my will.

dd. Kidnapping, Ind. Code § 35-42-3-2: In June 2006 Patrick Healey, Patricia Morrell, David F. Hamilton, Franke Tobey Jones, and Gerald Bepko intentionally induced the forcible move of my parents from Indianapolis to Franke Tobey Jones in Tacoma, Washington against their will, in order to exert total control over them, to prevent me from interacting with them, and to steal their money and my inheritance.

ee. Obstruction of justice: During the period February 2006 through September 2006, Patrick Healey, in collaboration with Gerald Bepko and Ora Pescovitz, intentionally altered and removed documents and other evidence of his maltreatment of my mother by Marquette Manor Healthcare Center in an official investigation by the Indiana State Department of Health, with intent to prevent them from being used as evidence.

ff. Murder: On or about October 29, 2007 defendants Patrick Healey, Patricia Morrell, and Franke Tobey Jones collaborated to intentionally administer to my mother an overdose of either a narcotic painkiller, a sedative, the antipsychotic Seroquel, or the powerful anesthetic

propofol, with intent to cause her death, and it did cause her death by asphyxiation.

gg. Dealing in controlled substance: During the period April 2009 up to at least December 2009, Newton Allen, who is not a psychiatrist, in collaboration with Ora Pescovitz, Patricia Morrell, Michael Sontag, and David F. Hamilton, forced my father to unnecessarily take the dangerous psychotropic drug Seroquel. The federal Food and Drug Administration has approved Seroquel for treatment of schizophrenia and bipolar disorder, neither of which afflicts my father. The manufacturer has included the following warning prominently in its advertising:

> "Elderly patients with dementia-related psychosis (having lost touch with reality due to confusion and memory loss) treated with this type of medicine are at an increased risk of death, compared to placebo (sugar pill). **SEROQUEL XR is not approved for treating these patients.**

[emphasis added]. My father also never had dementia-related psychosis. I was told that he was prescribed the Seroquel as a sleep aid (!).

hh. Perjury: On October 30, 2009, Newton Allen signed a statement under oath fraudulently "diagnosing" my father with Alzheimer's. He knew that was not true, as, in the same document, he characterized my father's mental condition as good. The statement was filed with Davidson County Circuit Court as part of case no. 09P-1680, with copy sent to me in Indiana.

ii. Battery, kidnapping: Ora Pescovitz, Patricia Morrell, Gerald Bepko, Newton Allen, St. Thomas Hospital, and David F. Hamilton collaborated to intentionally pull my 91-year-old father out of bed in the early morning hours of November 10, 2009 and pushed him down to break his hip, to forcibly move him to St. Thomas Hospital, with intent to enrich themselves with money from him and from Medicare, to deprive him of his liberty by imprisoning him in a memory care or hospice center, and to prevent me from interacting with him to ensure that he receives proper care, and to prevent him from visiting me, as I had sent an email inviting him to

my home for Thanksgiving shortly before he was injured. In the absence of intervention by concerned relatives, elderly individuals confined to institutions are routinely abused and neglected.

jj. Forgery: Defendants St. Thomas Hospital, Newton Allen, David F. Hamilton, Michael Sontag, Gerald Bepko, Ora Pescovitz, and Patricia Morrell having devised a scheme for obtaining my inheritance by false pretenses knowingly, without authorization from the physician, applied a physician's signature to a death certificate falsely alleging that my father had passed away and sent it to me in Indiana on or about December 14, 2009. This also constitutes the Tennessee offense of creating false impression of death, Tenn. Code Ann. § 39-14-128.

kk. Perjury: In a document entitled **Supplemental Response to Motion for Relief from Judgment**, filed by attorney Michael Sontag on June 14, 2010 in Davidson County Circuit Court case no. 09P-1680 and sent to me in Indiana, Michael Sontag, in collaboration with Patricia Morrell and Newton Allen, intentionally asserted both that my father is deceased and that he is currently alive and imprisoned in an Alzheimer's center in Nashville, Tennessee. It also falsely alleges that my father had an "accident" that led to his death in Wilson County, Tennessee. My father is either deceased or living; he cannot be both simultaneously.

ll. Forgery, theft, official misconduct by David F. Hamilton: On or about July 20, 2010, defendant Michael Sontag, in collaboration with Ora Pescovitz, Patricia Morrell, Donald Harris, Newton Allen, Gerald Bepko, and David F. Hamilton, with intent to exert unauthorized control over my inheritance with intent to deprive me of its use and value, induced my sister to commence Davidson (not Wilson) County, Tennessee Circuit Court case no. 10P-1127. As part of the case, they sent to me in Indiana a document labeled Exhibit C, which purports to have been signed by an Indiana accountant who was designated trustee of an alleged trust of which I am named beneficiary purporting to remove himself as trustee, when in fact the document was neither signed nor authorized by the accountant and does not meet Indiana notarization require-

ments. Thus, the Indiana accountant did not sign any document removing himself as trustee and he therefore remains trustee. They thereby falsely characterized my sister as the trustee when in fact she had executed a document, which was acknowledged in person in my presence, removing herself as trustee, as did the third designated trustee. My sister lacked standing to bring the case at all. The intent was to create a false appearance that the State of Tennessee has personal jurisdiction over me in the case when it does not. The trustee is a citizen of Indiana, I as named beneficiary am a citizen of Indiana, and the funds are held in an account in Indiana.

mm. Forgery, Ind. Code § 35-43-5-2, theft, Ind. Code § 35-43-4-2: In November-December 2007, and again on July 20, 2010, defendants Patricia Morrell, Ora Pescovitz, Gerald Bepko, and David F. Hamilton sent me a trust document that purported to have been signed and authorized by my mother on February 21, 2006 but which was really drafted and signed by them in November-December 2007. The forged document contains provisions that are different from and far less favorable to me than those contained in a trust document that was really signed and authorized by my mother on February 21, 2006, and was substituted for the authentic document. The intent was to exert unauthorized control over my inheritance, with intent to deprive me of its use and value.

nn. Forgery, Ind. Code § 35-43-5-2: On or about February 21, 2006, Patricia Morrell, Ora Pescovitz, Gerald Bepko, and David F. Hamilton, with intent to defraud me out of my inheritance, made a written instrument purporting to be an estate document disposing of my parents' assets and benefitting themselves at my expense, and purporting to have been made and authorized by my father Julian S. Herz, who was a citizen of Indiana at the time, but was not made by or authorized by my father. The document contains different provisions than a similarly titled document that he actually did sign on that date, and that treated me essentially the same as previous trust documents that he had drafted and signed in 1995.

oo. Theft of filing fee: On or about May 10, 2010 and September 30, 2010, defendant William Haynes, in collaboration with Michael Sontag, Donald Harris, Patricia Morrell, Gerald Bepko, Ora Pescovitz, and David F. Hamilton, exerted unauthorized control over my filing fees with intent to deprive me of their use and value by summarily dismissing Middle District of Tennessee case numbers 3:10-cv-00082 and 3:10-cv-00853, in which I was the plaintiff, without hearing any of my claims.

pp. Intimidation, robbery: Donald Harris, David F. Hamilton, Patricia Morrell, Gerald Bepko, Ora Pescovitz, and Michael Sontag, in collaboration with Williams Haynes, created an alleged order, as part of Davidson County, Tennessee case number 10P-1127, bearing a signature date of November 1, 2010 and a file-mark of November 9, 2010, used coercion on me, plaintiff, with the intent to unlawfully restrict my freedom to seek relief for breach of fiduciary duty in Tennessee courts, to punish me for their own misconduct, and to steal my inheritance.

qq. Theft: On or about July 13, 2012, defendants Donald Harris, Michael Sontag, David F. Hamilton, Patricia Morrell, Gerald Bepko, and Michael Castellarin, in collaboration with James Schillaci, via a bogus alleged order in Davidson County, Tennessee case number 10P-1127 exerted unauthorized control over more than $6,000.00 from my inheritance held in an account in Indiana with intent to deprive me of its use and value.

rr. Theft: During the period from at least 2009 up to the present, Bank of America Corporation and James Schillaci, in collaboration with David F. Hamilton, freely dispensed money from my parents' account (and my inheritance) to Patricia Morrell, Michael Sontag, Michael Castellarin, Donald Harris, and others who have no legal claim to the assets.

ss. Conspiracy to commit murder: In 2008 defendants Patricia Morrell, in collaboration with Ora Pescovitz, Jacqueline Hobbs, and David F. Hamilton, agreed to cause my son's death. In furtherance of this agreement they hired a mechanic to sabotage my son's car by break-

27

ing the axle on November 21, 2008, with intent that he would be killed in a motor vehicle "accident."

tt. Intimidation: During the period August 2010 up to the present, Patricia Morrell, Jacqueline Hobbs, Ora Pescovitz, and David F. Hamilton have collaborated to maliciously threaten injury to the person and reputation of my son, who resides in Florida, with intent that he refrain from contacting me, visiting me, or responding to my telephone calls, against his will.

uu. Obstruction of justice, forgery: During the period 2007 - 2009, Elizabeth White, in collaboration with David F. Hamilton, Gerald Bepko, and Ora Pescovitz, falsified the electronic Chronological Case Summary of my dissolution of marriage case, Marion Superior Court case number 49D03-9203-DR-0436, adding events from a divorce in Ohio, likely that of Ora Pescovitz, falsely alleging that someone petitioned for and was granted a restraining order in March 1992 when no restraining order was requested or granted, as there was no need for one; falsely alleging that my ex-husband retained attorney Malcolm Kent Newton when he really retained a completely unrelated female attorney; falsely alleging that a praecipe for contested hearing was filed; falsely alleging that the case was resolved by bench trial when it was settled without any hearing[3]; and falsely alleging that so-called rulings were made by Judge Patrick McCarty, when they were really fabricated by them. Other case records also have serious errors.

vv. Obstruction of justice, theft, forgery: On or about August 5, 2011, Linda Robbins, David F. Hamilton, Laura Briggs, Gerald Bepko, Ora Pescovitz, Indianapolis Office of Corporation Counsel, Franke Tobey Jones, William Haynes, Michael Sontag, and Patricia Morrell sent a dismissal of Monroe Circuit Court case number 53C01-1107-PL-1424 falsely accusing me of offenses committed by them and based on fraudulent documents from the U.S. District Court for the Southern District of Indiana, and falsely portrayed the dismissal as having been authorized by

---

[3] There is no provision in Indiana law for trials in dissolution of marriage cases.

28

the judge hearing the case. As a result of defendants' fraud, the case was dismissed with prejudice on August 5, 2011, less than one month after I filed it, and no order reversing the operation of that judgment was ever issued.

ww. Obstruction of justice, theft: On or about November 7, 2011, as part of Monroe Circuit Court case number 53C01-1107-PL-1424, Patricia Morrell exerted unauthorized control over my sister's mail with intent to deprive her of its use and value by having refusal of service, purportedly on my sister's behalf, sent through the United States mail, thereby intentionally inducing my sister be absent from the proceeding, to which she had been legally summoned, and, with intent to mislead public servants, judge and clerk, made a false record that my sister had refused service.

xx. Obstruction of justice, theft: On or about September 4, 2012, as part of Hamilton Superior Court case number 29D02-1208-PL-8687, Patricia Morrell exerted unauthorized control over my sister's mail with intent to deprive her of its use and value by refusing service of process, purportedly on my sister's behalf, thereby intentionally inducing my sister by false statement to avoid legal process summoning her to the proceeding.

yy. Felony Intimidation, conspiracy to commit robbery: David F. Hamilton, Linda Robbins, Gerald Bepko, Ora Pescovitz, Indianapolis Office of Corporation Counsel, Patricia Morrell, Michael Sontag, and Franke Tobey Jones co-opted Monroe Circuit Court case number 53C01-1107-PL-1424 to send to me via U.S. mail an illegitimate alleged order dated February 21, 2013 threatening to commit forcible felonies against my person and to take my money by force, with intent that I refrain from lawfully pursuing litigation against my will.

zz. Felony Intimidation, conspiracy to commit kidnapping and robbery: David F. Hamilton, in collaboration with Linda Robbins, Gerald Bepko, Ora Pescovitz, Indianapolis Office of Corporation Counsel, Patricia Morrell, Michael Sontag, William Haynes, and Franke To-

bey Jones, co-opted Monroe Circuit Court case number 53C01-1107-PL-1424 to send to me via U.S. mail in an envelope postmarked April 15, 2013 a violent threat disguised as an alleged order dated April 5, 2013 to kidnap and criminally confine me for $7,500.00 ransom to force me to pay money to them for alleged services that I neither requested nor received.

aaa. Theft of filing fee, synthetic identity theft (Ind. Code § 35-43-5-3.8) as part of criminal gang activity, felony intimidation, robbery: On August 30, 2011 as part of U.S. Seventh Circuit appeal no. 11-2817, docket #9, David F. Hamilton, who was a party to the appeal, in collaboration with Gerald Bepko, drafted an unsigned unlawful alleged order that spewed two paragraphs of libelous allegations against me, summarily entered judgment against me in the appeal, and, **after** the judgment, issued an alleged order demanding that I pay them $1,500.00, prohibiting me from exercising my legal right to file documents in my cases, and threatening me with criminal prosecutions, even though I have committed no crime. The alleged order that was issued after the judgment is invalid because it was not part of the judgment.

bbb. Practice of law by a person who is not an attorney, obstruction of justice, forgery, Ind. Code §§ 33-43-2-1, 35-44.1-2-2, 35-43-5-2: Defendants have encouraged Ora Pescovitz, who is not an attorney, to submit documents to Monroe Circuit Court on my behalf that were not authorized by me and to appear in court hearings on my behalf without my consent in case number, 53C01-1107-PL-1424 thereby recruiting her to practice law without even a law degree, much less a license. The intent was to have actions in the cases taken that were adverse to me based on Ora Pescovitz's misbehavior.

ccc. Practice of law by a person who is not an attorney, forgery, Ind. Code §§ 33-43-2-1, 35-43-5-2: Gerald Bepko, Office of Corporation Counsel, and David F. Hamilton have encouraged Ora Pescovitz, who is not an attorney, to secretly submit to the U.S. District Court for the Southern District of Indiana in case numbers 1:13-cv-00134-WTL-DKL and 1:13-cv-200-

SEB-DKL documents containing bizarre musings to which she applied my name and a facsimile of my signature without my authorization, thereby purporting to provide legal services on my behalf.

ddd. Theft: During the period 2000-2004, Orkin, in collaboration with Gerald Bepko, Ora Pescovitz, and David F. Hamilton, knowingly used various means, which were contrary to recommended practices for termite control, to drive termites from the home of my next door neighbor to my home to consume the cellulose-containing materials in my home, thereby exerting unauthorized control over my house with intent to deprive me of its use and value. I had to pay another company to get rid of the entire termite colony that had settled in, and I also had to pay to repair significant damage.

eee. Theft, Intimidation: On November 4, 2006, David F. Hamilton, Gerald Bepko, and Ora Pescovitz instigated my neighbors to exert unauthorized control over my water, for which I pay according to usage, with intent to deprive me of its use and value, by maliciously turning on my outside faucet and leaving it running when I was away from home for election poll worker training. The intent was also to communicate a threat, to induce me to refrain from serving as an election poll worker against my will.

fff. Intimidation: On or about August 17, 2011, defendants had someone enter my property and turn off the breaker to my air conditioning unit, thereby communicating a threat to injure my property, with intent place me in fear of retaliation for a prior lawful act, pursuing relief for injuries through litigation.

ggg. Theft by deception: Nationstar, in collaboration with Ora Pescovitz and David F. Hamilton, is treating my remaining mortgage debt, on which my agreed-upon payments are current, as an unsecured defaulted debt, in order to extort fees from me; Nationstar is not providing any services whatsoever to me.

31

68. **Count IV**. Conspiracy to Violate Rights, 42 U.S.C. § 1985 (2), Invasion of privacy: On April 18-19, 2013 and two other prior occasions in 2012-2013, David F. Hamilton, Gerald Bepko, Ora Pescovitz, and Control Tech Heating and Air Conditioning, with intent to injure my property for my attempts to enforce the equal protection of the laws through litigation, induced my neighbors to enter my property and pour muddy water through my basement window onto my basement wall and floor, and damage my humidifier.

69. **Count V**. Conspiracy to Violate Rights, 42 U.S.C. § 1985 (2), Invasion of privacy: During the period December 24, 2012 up to the present, David F. Hamilton, Gerald Bepko, Ora Pescovitz, and Control Tech Heating and Air Conditioning, with intent to injure my property for my attempts to enforce the equal protection of the laws through litigation, have spewed noxious substances into my home. The substances have given me headaches and interfered with my sleep.

70. **Count VI**. Gross Negligence, Breach of Fiduciary Duty: Bank of America Corporation, in servicing my mortgage loan and handling my credit cards, possesses sensitive personal information about me, including my Social Security number, that can be used to commit identity theft against me. Bank of America has a duty of care to refrain from sharing that information with unauthorized persons, and to establish policies to ensure that **all** of its employees refrain from compromising the information. It also has a duty to keep accurate records of my mortgage payments, to transmit the payments expeditiously to Fannie Mae, to properly manage my escrow account, and to keep my credit card accounts separate from my mortgage account. Bank of America breached these duties by allowing misbehaving employees to transfer credit card debt incurred by Ora Pescovitz, Gerald Bepko, and David F. Hamilton to my name and social security number and to recruit Nationstar to act as a debt collector to force me to pay the credit card debt, using alleged mortgage payments as a pretext. They used a mass sale of mortgage servicing

32

rights as cover for the malfeasance.

71. **Count VII**: Fraudulent inducement, Unconscionable "contract:" I am being forced against my will to do business with Nationstar, a company that is purporting to service my mortgage, but is really acting as a debt collector for Bank of America, to force me to pay off credit card debts incurred by Ora Pescovitz, Gerald Bepko, and David F. Hamilton.

72. **Count VIII**: Breach of fiduciary duty: By forcing himself into a position as trustee of an alleged trust of which I am named beneficiary, and by taking thousands of dollars from the corpus of the trust as payment for that claimed position, Michael Castellarin voluntarily assumed fiduciary duties to me to ensure that the funds are not being misused, to dispute the flagrant violations of Tennessee and Indiana trust law to which I have been subjected, and to ensure that I am not the target of identity theft with regard to the trust. Michael Castellarin has done absolutely nothing for me in return for the money he has taken.

73. **Count IX**: Nuisance claim pursuant to Ind.Code § 32-30-6-7. During the period from at least September 2006 up to the present, including in May 2013, Walmart Store #1518, in collaboration with David F. Hamilton, Gerald Bepko, and Ora Pescovitz, has repeatedly made loud noises with machines cleaning its parking lot for hours, particularly between the hours of 11:30 P.M. and 4:00 A.M., in violation of Indianapolis/Marion County Municipal Code Sections 391-301 and 391-302. This has lessened my personal enjoyment of my property, as it either prevents me from falling asleep or wakes me up during normal sleeping hours.

74. **Count X**. Violation of constitutional rights: Any court order forcing me to patronize Nationstar as my mortgage servicer violates my First Amendment right to freedom of association, and also my Fifth and/or Fourteenth Amendment rights to the equal protection of the laws, because it allows one party to a business agreement to unilaterally change the terms of the business agreement by signing a contract that adversely affects me but to which I am not a party,

33

while I as borrower have no choice whatsoever.

75. **Count XI**. Deprivation of constitutional rights: David F. Hamilton and Laura Briggs are allowing attorneys to freely file *ex parte* documents electronically in the U.S. District Court for the Southern District of Indiana, creating a special electronic docket to which opposing parties lack access. Thus, opposing parties in my cases may litigate the cases without any participation from me whatsoever, thereby turning the court into a kangaroo court. This has violated and continues to violate my First Amendment right to petition the government for redress of grievances, and my Fifth Amendment right not to be deprived of my property interests, conferred by my payments of filing/service fees, in a full and fair hearing of my claims.

76. **Count XII**. Constitutional violations, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985: Through a bogus alleged order dated August 30, 2011 and issued after final judgment in U.S. Seventh Circuit appeal no. 11-2817, docket #9, David F. Hamilton, who was a party to the appeal, has conspired with Laura Briggs, Jacqueline Hobbs, Gerald Bepko, and Ora Pescovitz to prevent, by force, intimidation, and threats, U.S. district and appellate court clerks within the federal Seventh Circuit from discharging their duties under Rule 77 of the *Federal Rules of Civil Procedure* to file any paper tendered by me, up to the present. He has also used the alleged order to deter me as a party to the cases I have filed from attending the U.S. District Court for the Southern District of Indiana and from testifying to any matter in those cases, by force, intimidation, and threat. The intent is also to injure me because I have supported Democratic Party candidates for President and Congress. The alleged order that was issued after the judgment is invalid because it was not part of the judgment. Since final judgment in the appeal was entered August 30, 2011, David F. Hamilton and the other defendants/appellees in the case are now judicially estopped from asserting that any alleged orders in the appeal issued after the judgment are or were ever operational. Final judgment is final judgment.

77. **Count XIII**. Deprivation of rights pursuant to 42 U.S.C. § 1983, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (3): Via violently threatening alleged "orders" dated February 21, 2013 and April 5, 2013 and issued without lawful authority under Monroe Circuit Court case number 53C01-1107-PL-1424, defendant David F. Hamilton, in collaboration with Linda Robbins, Gerald Bepko, Indianapolis Office of Corporation Counsel, Patricia Morrell, William Haynes, Michael Sontag, and Franke Tobey Jones, is seeking to take my property without due process of law, to punish me for commencing case nos. 1:12-cv-01295-SEB-TAB and 1:13-cv-00134-WTL-DKL and for filing a motion with meritorious legal argument, to deprive me of liberty without due process of law, and to deny me the equal protection of the laws because I am Jewish and a *pro se*, non-attorney litigant, in violation of the First and Fourteenth Amendments to the *Constitution of the United States*.

78. **Count XIV**. Deprivation of rights pursuant to 42 U.S.C. § 1983, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (2): During the period September 14, 2012 up to the present, Linda Robbins, in collaboration with David F. Hamilton, Gerald Bepko, and Civil Process Clerk, has impeded my First Amendment right to litigate U.S. District Court for the Southern District of Indiana case nos. 1:12-cv-01309-SEB-DKL and 1:12-cv-01848-LJM-DML by keeping predecessor case nos. 53C01-1208-PL-001716 and 53C01-1211-PL-002395, respectively, open after removal to U.S. district court, in flagrant violation of 28 U.S.C. § 1446 (d). The intent has been to obstruct and defeat the due course of justice in Monroe Circuit Court and U.S. district court, by using David F. Hamilton's court office, along with his intimidation power, to summarily dismiss the cases. There has been no order of remand of either no. 1:12-cv-01309-SEB-DKL or no. 1:12-cv-01848-LJM-DML and there is federal subject-matter jurisdiction in both, so they will permanently remain in the federal court system.

79. **Count XV**. Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (2): On or

about February 5, 2013, David F. Hamilton, Civil Process Clerk, Gerald Bepko, and Laura Briggs collaborated to remove Vanderburgh Superior Court case no. 82D03-1301-CT-435 to the Indianapolis Division of the U.S. District Court for the Southern District of Indiana, when 28 U.S.C. §§ 94 (b)(3), 1441 (a), and 1442 require that the case be removed to the Evansville Division. The intent has been to obstruct the due course of justice in U.S. district court, by using David F. Hamilton's court office, along with his intimidation power, to summarily dismiss the case.

80. **Count XVI**. Deprivation of rights pursuant to 42 U.S.C. § 1983, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (2): During the period February 5, 2013 up to the present, David F. Hamilton, Gerald Bepko, and Civil Process Clerk have impeded my First Amendment right to litigate U.S. District Court for the Southern District of Indiana case no. 1:13-cv-200-SEB-DML by inducing the clerk to keep predecessor case number 82D03-1301-CT-435 open after removal to U.S. district court, in flagrant violation of 28 U.S.C. § 1446 (d). The intent has been to defeat the due course of justice in Vanderburgh Superior Court and U.S. district court, by using David F. Hamilton's court office, along with his intimidation power, to summarily dismiss the case. There has been no order of remand of case no. 1:13-cv-200-SEB-DML, and there is federal subject-matter jurisdiction, so it will permanently remain in the federal court system.

81. **Count XVII**. Deprivation of rights pursuant to 42 U.S.C. § 1983, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (2) and (3): During the period April 17, 2013 up to the present, Elizabeth White, in collaboration with David F. Hamilton and Gerald Bepko, has intentionally, in the Chronological Case Summary ("CCS") of case number 49D10-1304-CT-014053, omitted the critical information of the names of the parties served with process and the status of service, in violation of the *Indiana Rules of Trial Procedure*, thereby conspiring for the purpose of or defeating the due course of justice in Marion Superior Court with intent to deny me the equal protection of the laws because I am Jewish, and with intent to injure me in U.S. district

36

court case number 1:13-cv-717-JMS-DKL on account of my having supported Democratic Party candidates for president and Congress and pursued litigation.

82. **Count XVIII**. Deprivation of rights pursuant to 42 U.S.C. § 1983, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (2): During the period April 29, 2013 up to the present, Elizabeth White, in collaboration with David F. Hamilton and Gerald Bepko, has impeded my First Amendment right to litigate U.S. District Court for the Southern District of Indiana case no. 1:13-cv-717-JMS-DKL by keeping case no. 49D10-1304-CT-014053 open after removal to U.S. district court, in flagrant violation of 28 U.S.C. § 1446 (d). The intent is to obstruct and defeat the due course of justice in Marion Superior Court, and U.S. district court, by using David F. Hamilton's court office, along with his intimidation power, to summarily dismiss the case. There has been no order of remand of case no. 1:13-cv-717-JMS-DKL, so it currently remains in the federal court system. The case cannot be in two different courts at the same time.

83. **Count XIX**. Constitutional violations, Conspiracy to interfere with civil rights, 42 U.S.C. § 1985 (1) and (3): On May 3, 2013 David F. Hamilton conspired with Laura Briggs, Office of Corporation Counsel, and Gerald Bepko to prevent, by intimidation and threats, court clerks and judges from discharging their duties under law, and to deprive me of the equal protection of the laws in U.S. District Court for the Southern District of Indiana case numbers 1:13-cv-00134-WTL-DKL and 1:13-cv-200-SEB-DML, to have the cases summarily dismissed to punish me for proceeding *pro se*, for complaining about their malfeasance, and for speaking out against anti-Semitism. These actions violate my First Amendment right to petition the government for redress of grievances and my Fifth Amendment right not to be deprived of my property interest in a full and fair hearing of my claims without due process of law.

84. **Count XX**. Violation of the First Amendment to the *Constitution of the United States*: From 1997 up to the present, David F. Hamilton has perpetrated a practice of abusing his

judicial position to deny me access to the courts because I am Jewish.

85. **Count XXI**. Constitutional violations: Article III of the *Constitution of the United States* provides that federal judges "shall hold their offices during good Behaviour." Article I §§ 2 and 3 of the *Constitution of the United States* confer on Congress the sole power and the responsibility to remove from office misbehaving judges who are using their positions to cause harm. I have informed members of Congress about David F. Hamilton's abusive behavior, and thus far, they have failed to take any action, allowing him to relentlessly prey on me.

## IV. PRAYER FOR RELIEF

86.  Based on the foregoing, plaintiff respectfully prays that this Court order the following relief:

87. Order all defendants to refrain from impeding in any way in my efforts to refinance or pay off my mortgage loan. That is my choice and not theirs.

88. Order Bank of America to re-open my, Carolyn Herz Srivastava's mortgage account, ensure that all of my payments have been transmitted to Fannie Mae, immediately transmit any funds that it has failed to transmit, and accept and expeditiously post my next payment.

89. Order Bank of America to refrain from communicating any negative information about me to credit reporting agencies.

90. Declaratory relief that I should not send any additional mortgage payment to anyone until I receive assurance that it will be applied as intended.

91. Declaratory relief that I am not required to pay Nationstar anything for any reason.

92. Order Nationstar to 1) immediately remove all information about me, Carolyn Herz Srivastava from its records; and 2) refrain from communicating any information about me whatsoever to credit reporting agencies or anyone else.

93. Order the United States to immediately remove David F. Hamilton from office.

94. Order the United States to enact legislation 1) mandating incarceration of Ora Pescovitz in a maximum security facility for the remainder of her natural life, with only hetero-sexual women who will resist her machinations as her correctional officers and caretakers, and 2) prohibiting Ora Pescovitz from any contact whatsoever with men, minor children, and Lesbians. Since Ora Pescovitz has been instigating rebellion against the United States and its citizens, the public safety requires suspending the writ of habeas corpus for her personally.

95. Order Newton Allen and St. Thomas Hospital to inform me as to what they did with my father.

96. Order defendants to allow the clerk of the Vanderburgh Circuit and Superior Courts to immediately and permanently close case number 82D03-1301-CT-435, and to send copies of the case documents in her possession to the U.S. district court.

97. Order Linda Robbins to immediately designate case number 53C01-1107-PL-1424 as closed as of August 5, 2011, to remove from the CCS all substantive orders entered after that date for lack of jurisdiction, and to stop harassing me.

98. Order Linda Robbins to immediately designate as closed case nos. 53C01-1208-PL-001716 and 53C01-1211-PL-002395.

99. Order David F. Hamilton and Laura Briggs to produce, under oath, for my (Carolyn Herz Srivastava's) inspection **all** documents that are now and/or were ever in the possession of the U.S. District Court for the Southern District of Indiana and U.S. Court of Appeals for the Seventh Circuit that purport to have been drafted and signed by "Carolyn Srivastava, "Carolyn H. Srivastava," "Carolyn Herz Srivastava," or any substantially similar name intended to refer to me. Also, order him to produce, under oath, audiotapes, videotapes, and transcripts of **all** hear-ings and other in-court proceedings in which someone using the name "Carolyn Srivastava, "Carolyn H. Srivastava," or "Carolyn Herz Srivastava" participated.

100. Order David F. Hamilton and Laura Briggs to provide to me, under oath, the contents of all *ex parte* dockets and proceedings, both electronic and paper, in all cases in the U.S. District Court for the Southern District of Indiana and the U.S. Court of Appeals for the Seventh Circuit to which I am a party.

101. Order David F. Hamilton to remove the document dated August 30, 2011 and entered into the record of U.S. Seventh Circuit appeal no. 11-2817 as docket #9 from the record of that case and from the records of all other cases into which it has been inserted.

102. Order Laura Briggs to immediately accept and file any motions I may tender under *Fed.R.Civ.P.* 59 (e) or 60 (b) as to selected claims and defendants in Southern District of Indiana case numbers 1:13-cv-00134-WTL-DKL and 1:13-cv-200-SEB-DML, and order David F. Hamilton to refrain from impeding the litigation of those motions and from issuing any other orders in the cases pursuant to 28 U.S.C. § 455 (b) and Canon 3C of the *Code of Conduct for United States Judges*, because he is a defendant in those cases.

103. Order David F. Hamilton and Gerald Bepko to STAY OUT of case number 49D10-1304-CT-014053/1:13-cv-717-JMS-DKL, as it is none of their concern.

104. Order Elizabeth White to enter into the CCS of case number 49D10-1304-CT-014053 individually each summons issued and served with the recipient's name and address exactly as it appears on the summons, along with the method of service, and then to enter the date of completion (or refusal) of service of process for each party by name, and then to designate the case as closed.

105. Order Elizabeth White to serve process on all defendants in case number 49D10-1304-CT-014053 that she has failed to serve, and provide me with proof of service. I will provide her with federal summonses issued by the Clerk of the U.S. district court.

106. Order Elizabeth White to produce, under oath, for my (Carolyn Herz Srivastava's)

Superior Courts that purport to have been drafted and signed by "Carolyn Srivastava, "Carolyn H. Srivastava," "Carolyn Herz Srivastava," or any substantially similar name intended to refer to me. Also, order him to produce, under oath, audiotapes, videotapes, and transcripts of **all** hearings and other in-court proceedings in which someone using the name "Carolyn Srivastava, "Carolyn H. Srivastava," or "Carolyn Herz Srivastava" participated.

107. Order Elizabeth White to correct all of the numerous errors in all of my Marion Circuit and Superior Court cases, and to refrain from falsifying any more records.

108. Declaratory relief that I am not responsible for Ora Pescovitz's debts or those of anyone else.

109. That the Court award me compensatory damages.

110. That the Court award me treble damages or punitive damages.

111. That the Court award costs of this litigation to me (plaintiff).

112. Order such additional relief as the Court may deem just and proper.

### V. AFFIRMATION OF PLAINTIFF

I, the plaintiff in this cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be, to the best of my personal knowledge, true and correct.

Signed this _21st_ day of ____May____, 2013.

_Carolyn Srivastava_

Carolyn H. Srivastava, Plaintiff
3105 Lehigh Court
Indianapolis, IN 46268
Tel. (317) 876-0421
chsattysci@gmail.com

41



Bank of America
Home Loans

Customer Service
Simi Valley, CA 93062-5170

Statement date 04/22/2013   1 of 6
**Account Number** redacted
Property address
3105 Lehigh Ct.

### Home loan overview
| | |
|---|---|
| Principal Balance | $51,205.58 |
| Escrow balance | $828.54 |

redacted

redacted

CAROLYN H SRIVASTAVA
3105 Lehigh Ct
Indianapolis IN 46268-1320

**FOR CUSTOMER SERVICE: 1.800.669.6607**

## Sign Up For Account Alerts

With Bank of America, N.A. PayPlan Services, you don't need to receive monthly paper statements anymore! You can get something you may find of more value—**Account Alerts.** These timely emails help in many ways. They:

- **Confirm** when your payment has posted
- **Keep you up-to-date** on important account information

So visit www.bankofamerica.com from a personal computer and sign up for Account Alerts today!

---

### Payments and amounts due summary
Current payment due on 07/01/2013 as of 04/22/2013

| | |
|---|---|
| Principal and/or interest payment | $665.14 |
| Escrow payment amount | $237.88 |
| **Payment due on 07/01/2013** | **$903.02** |

Late charge of $33.25 if payment received after 07/16/2013

---

**You can make your payment:**
- By automatic draft payment using PayPlan
- Online at www.bankofamerica.com
- By phone - call 1.800.669.6607
- At any Bank of America Banking Center
- By mail using the enclosed envelope
  - Make your check payable to Bank of America, N.A.
  - Please write your loan number on the check or money order
  - Include this payment coupon with your check (do not staple your check to the coupon)
  - Please do not send cash or include correspondence

Loan Number redacted   (1)
Carolyn H Srivastava
3105 Lehigh CT.
Indianapolis, IN 46268

0461

Bank of America, N.A.
PO BOX 650070
DALLAS, TX 75265-0070

Payment due **July 1, 2013**   *$903.02
If payment received after July 16, 2013   $936.27
* "Payment due" does not include any past due payments, outstanding late charges or fees due.

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Total amount enclosed | |

redacted

redacted