UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAROLYN WENDY HARZ, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | No. 1:13-cv-890-TWP-DKL |
| UNITED STATES OF AMERICA, et al. | ) ) ) | |
| Defendants. | ) | |

## ENTRY AND ORDER

**I.**

Carolyn Wendy Herz is the same person who was formerly known as Carolyn H. Srivastava, who litigated cases in this court and many other courts under that former name. This is known from her notice submitted in No. 1:13-cv-200-SEB-DML on January 7, 2014 and from her efforts to renew litigation, both new and old.

This Entry and Order is issued in order to document the plaintiff's name change and because she has tendered a motion for relief from judgment and a proposed amended complaint. The docket may be modified to show the plaintiff's present name but that modification has no effect on any prior ruling or filing.

**II.**

This action was dismissed because the plaintiff is a restricted filer and her filing restrictions rendered her unable to proceed. Final judgment was issued on July 9, 2013. Her restricted filing status was reviewed in the Entry of June 11, 2013 and referenced the *Order* of the Court of Appeals

issued on August 30, 2011, in No. 11-2817 and the Amended Injunction issued in No. IP 04-mc-104-SEB-DML. *See In re: Srivastava*, 2011 U.S. Dist. LEXIS 84121 (S.D.Ind. July 29, 2011).

In Part III of the Entry dismissing this action, the Court "reminded [the plaintiff] that there is no exception in the *Order* of August 30, 2011, in case No. 11-2817 for post-judgment filings or for appeals. The *Order* in case No. 11-2817 specifically forbids this Court from accepting documents submitted for filing by or on behalf of the Plaintiff, therefore additional filings in this action will not be accepted by the clerk of this court."

Consistent with the foregoing, therefore, the plaintiff's tendered motion for relief from judgment pursuant to Rule 60(b) and the tendered amended complaint shall therefore be **returned to the plaintiff unfiled** with her copy of this Entry.

IT IS SO ORDERED.

Date: 2/24/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Carolyn Wendy Herz
3105 Lehigh Ct.
Indianapolis, IN 46268